UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANEEN KING,

        Plaintiff,

        v.

PARADISE AUTO SALES I, INC. and
BENJAMIN R. RAKHMINOV,

        Defendants.
------------------------------------------------------------------x

**DECISION AND ORDER**
15-CV-1188 (WFK) (RML)

**WILLIAM F. KUNTZ, II United States District Judge:**

On March 6, 2015, Deneen King ("Plaintiff") commenced this action against Paradise Auto Sales I, Inc. and Benjamin R. Rakhminov (collectively, "Defendants"). ECF No. 1 ("Complaint"). On January 19, 2016, Plaintiff filed a Motion for Attorney Fees. ECF No. 28 ("Mot."). On August 16, 2016, Magistrate Judge Robert M. Levy filed a Report and Recommendation recommending Plaintiff's Motion for Attorney fees be denied in part and granted in part. ECF No. 31 ("R&R"). Specifically, Magistrate Judge Levy recommended that Plaintiff be awarded $8,726.29, consisting of attorney's fees in the amount of $7,974.50 and costs in the amount of $751.79. *Id.* Magistrate Judge Levy required objections to the Report and Recommendation to be filed within fourteen days of the Report and Recommendation. *Id.*; *see* Fed. R. Civ. P. 72(b)(2). No objections were filed within the fourteen day period.

**DISCUSSION**

In reviewing a Report and Recommendation, the court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). When no objections have been filed, a district court reviews a Report and

Recommendation for clear error. *See Zeitone v. Korsinsky & Klein, LLP*, 13-CV-0383, 2013 WL 5937397, at *1 (E.D.N.Y. Nov. 4, 2013) (Kuntz, J.) (citing *Reyes v. Mantello*, 00-CV-8936, 2003 WL 76997, at *1 (S.D.N.Y. Jan. 9, 2003) (Cote, J.)); *Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.).

No party has filed objections to the Report and Recommendation in this action. The Court finds that there was no clear error in the Report and Recommendation's determination that Plaintiff's Motion for Attorney Fees be granted in part and denied in part, and Plaintiff be awarded $8,726.29, consisting of attorney's fees in the amount of $7,974.50 and costs in the amount of $751.79. The Court therefore ADOPTS Magistrate Judge Levy's Report and Recommendation in its entirety.

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2016
Brooklyn, New York